Bruno Kowalski, a minor, by Anton Kowalski, his next friend, appellant, v. Frank M. Block, trading as Block Electric Company, appellee. Gen. No. 28,934.

Action for personal injury. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. J. C. Eagleton, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed October 30, 1924.

George B. Cohen and A. H. Cohen, for appellant. No appearance for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

Max S. Griffenhagen, appellee, v. Warren B. Irons, appellant. Gen. Nos. 28,944, 28,994.

Action for rent. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed October 30, 1924.

Berezniak & Dittus, for appellant. Pennish & Rashbaum, for appellee; F. D. Shobe, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

Emma Julia Kernan, appellee, v. Thomas Kernan, appellant. Gen. No. 28,978.

Bill for divorce. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Timothy D. Hurley, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed October 30, 1924.

Henry Frankfurter and Arthur L. Ballas, for appellant. No appearance for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

A. F. Melter, appellee, v. M. J. O'Heron, appellant. Gen. No. 29,005.

Action for work, labor and material. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Emanuel Eller, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed October 30, 1924.

Edward McTiernan, for appellant. J. Kentner Elliott, for appellee; M. Francis Simms, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

Louis Cohn, appellant, v. New Jersey Fidelity & Plate Glass Insurance Company, appellee. Gen. No. 28,675.

Action upon policy of insurance against theft. Order vacating judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John A. Bugee, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Reversed. Opinion filed October 30, 1924.

Harry D. Knight, for appellant. Weissenbach, Hartman & Craig and Harry Okin, for appellee; Harry Okin, of counsel.

Mr. Justice Thomson delivered the opinion of the court.